1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Debra Lynn Schmid

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10
    DEBRA LYNN SCHMID,              ) Case No.: 2:13-cv-04497-PJW
11                                  )
           Plaintiff,                ) {PROPOSED} ORDER AWARDING
12                                  ) EQUAL ACCESS TO JUSTICE ACT
       vs.                          ) ATTORNEY FEES AND EXPENSES
13                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
    CAROLYN W. COLVIN, Acting       ) AND COSTS PURSUANT TO 28
14  Commissioner of Social Security,) U.S.C. § 1920
                                    )
15         Defendant                )
                                    )
16  _____)

17
           Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19

20

21

22

23

24

25

26

-1-

1     IT IS ORDERED that fees and expenses in the amount of $4,973.66 as
2 authorized by 28 U.S.C. § 2412, and costs in the amount of $26.34 as authorized
3 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
4 DATE:   August 6, 2014

*/s/ Patrick J. Walsh*
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ `Vijay J. Patel`
   _____
4  Vijay J. Patel
Attorney for plaintiff Debra Lynn Schmid

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26